# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADAM SCHUVEILLER and LINDSEY SHAFFER, as individuals, and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>KUHN PHYSICAL THERAPY, LLC, a Nevada Limited Liability Company<br><br>Defendants,<br>_____/ | Case No: 3:17-cv-00331-MMD-WGC<br><br>**ORDER** |

Having reviewed the Parties' Joint Status Report and Stipulation to Vacate the Discovery/Status Hearing, this Court finds good cause to vacate the Discovery/Status hearing scheduled for December 6, 2017 at 10:00 a.m.

**IT IS SO ORDERED.**

**DATED** this  4th  day of  December , 2017

_William G. Cobb_
United States Magistrate Judge