1 | CHARLES A. JONES, ESQ.
KELLY MCINERNEY, ESQ.
2 | JONES LAW FIRM
9585 Prototype Court, Ste. B
3 | Reno, Nevada 89521
Telephone: (775) 853-6440; Fax: (775) 853-6445
4 | *Attorneys for Plaintiffs*

5 | F. MCCLURE WALLACE, ESQ
PATRICK MILLSAP, ESQ
6 | WALLACE & MILLSAP LLC
510 West Plumb Lane, Suite A
7 | Reno, Nevada 89509
Telephone: (775) 683-9599; Fax (775) 683-9597
8 | *Attorneys for Defendant*

9 | **UNITED STATES DISTRICT COURT**

10 | **DISTRICT OF NEVADA**

| | |
|---|---|
| 11 ADAM SCHUVEILLER and LINDSEY SHAFFER, as individuals, and on behalf 12 of all others similarly situated | CASE NO.: 3:17-cv-00331-MMD-WGC |
| 13 Plaintiffs, | **STIPULATION AND [PROPOSED]** |
| 14 v. | **ORDER FOR DISMISSAL WITH** |
| 15 KUHN PHYSICAL THERAPY, LLC, a Nevada Limited Liability Company | **PREJUDICE** |
| 16 Defendant. | |
| 17 | |

18 | Pursuant to the Settlement Agreement reached by and between the Parties, and the

19 | Order Granting Joint Motion for Settlement Approval entered by the Court, Plaintiffs and

20 | Defendant, by and through their respective Counsel, and the Court being otherwise fully

21 | advised in the premises;

22 | / / /

23 |
24 | / / /

25 | / / /

IT IS HEREBY STIPULATED that this action be dismissed, in full, with prejudice.

**IT IS SO STIPULATED**:

DATED this ____ day of March, 2018.          DATED this ____ day of March, 2018.


/s/ Charles A. Jones_____          /s/ F. McClure Wallace_____
Charles A. Jones, Esq.                        F. McClure Wallace, Esq.
Kelly McInerney, Esq.                         Patrick Millsap, Esq.
Jones Law Firm                                Wallace & Millsap LLC
9585 Prototype Court, Suite B.                510 West Plumb Lane, Suite A
Reno, Nevada 89521                            Reno, Nevada 89509
Telephone:  (775) 853-6440                    Telephone:  (775) 683-9599
Facsimile:  (775) 853-6445                    Facsimile:  (775) 683-9597

*Attorneys for Plaintiffs'*                   *Attorneys for Defendant*

| EXHIBIT INDEX | | |
|---|---|---|
| Exhibit | Description | Pages |
| 1. | ORDER | 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

1

# EXHIBIT 1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

# EXHIBIT 1

24

25

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADAM SCHUVEILLER and LINDSEY SHAFFER, as individuals, and on behalf of all others similarly situated | CASE NO.:  3:17-cv-00331-MMD-WGC |
| Plaintiffs, | [PROPOSED] ORDER FOR DISMISSAL |
| v. | |
| KUHN PHYSICAL THERAPY, LLC, a Nevada Limited Liability Company | |
| Defendant. | |

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the Settlement Agreement reached by and between the Parties, and the Order Granting Joint Motion for Settlement Approval entered by the Court, and having received notice of fulfillment of all conditions therein, this matter is hereby dismissed, in full, with prejudice.

DATED this __8th__ day of __March_____, 2018.

_____
DISTRICT COURT JUDGE